IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA BORRIES,

    Plaintiff,
v.                                                        CASE NO. 1:07-cv-00056-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that this matter be remanded to the Commissioner for further proceedings. The time for filing objections has passed, and none have been filed. The Court agrees that considering the record as a whole, the findings of the Administrative Law Judge are not based upon substantial evidence in the record. At step 2, the ALJ should have found that Plaintiff suffers from the following "severe" impairments: fibromyalgia, peripheral neuropathy, low intelligence, borderline personality disorder, anxiety disorder, and mild depressive disorder. The decision of the Commissioner should be reversed and the claim remanded so that the

combination of all of these impairments may be considered at all subsequent steps of analysis.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Report and Recommendation is adopted and incorporated herein.

2.  The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is REVERSED and the claim is REMANDED for reconsideration at steps 3, 4, and 5 consistent with this order and the report and recommendation.

**DONE AND ORDERED** this _7th_ day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge